IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| BEVERLY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BIOMET, INC. d/b/a ZIMMER BIOMET, ZIMMER BIOMET DISTRIBUTION, LLC, ZIMMER BIOMET HOLDINGS, INC., BIOMET ORTHOPEDICS, LLC, BIOMET US RECONSTRUCTION, LLC and ENCORE MEDICAL, L.P.,<br><br>    Defendants, | Case No. 1:23-cv-172 |

## NOTICE OF REMOVAL

**NOW COMES,** Encore Medical, L.P., and hereby gives Notice of Removal pursuant to 28 U.S.C. § 1446. In support of its Notice of Removal, Encore Medical, L.P. shows the Court as follows:

1. Plaintiff is a citizen of Buncombe County, North Carolina.

2. Defendant Encore Medical, L.P. is a Delaware partnership with a principal place of business in Austin, Texas, and is authorized to do business in the state of North Carolina.

3. Defendant Biomet, Inc. is an Indiana company with a principal place of business in Warsaw, Indiana.

4. Defendant Biomet, Inc., through its counsel, has consented to removal.

5. Plaintiff filed her Complaint in the matter on May 31, 2023, in the Superior Court of Buncombe County in North Carolina. A true and accurate copy of the Summons and Complaint is attached hereto as Exhibit "1".

6. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over Plaintiff's Complaint as there is a diversity of citizenship between the parties and, pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), Defendant alleges that the amount in controversy exceeds the Court's jurisdictional floor of $75,000.00 based on Plaintiff's allegations and alleged damages.

7. Plaintiff delivered the summons and complaint, Exhibit 1, to the Registered Agent on June 7, 2023. The Registered Agent then electronically delivered Exhibit 1 to Defendant on June 9, 2023.

8. Contemporaneously with this filing, Defendant is also serving its Notice of Notice of Removal in the Superior Court for Buncombe County.

**WHEREFORE,** Defendant respectfully prays the Court to exercise its jurisdiction over this matter and to accept its Notice of Removal.

This the 6th day of July, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402
*Attorney for Defendant, Encore Medical, L.P.*
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
Telephone: (919) 821-4020
Email: christopher.derrenbacher@lewisbrisbois.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel for Defendant has this date filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system and has served the following persons or parties by depositing a copy thereof, postage prepaid, in the United States Mail addressed as follows:

> Robert O. Jenkins
> Laurie J. Meilleur
> Lanier Law Group, P.A.
> 6518 Airport Center Drive
> Greensboro, NC  27409

This the 6th day of July, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402