IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00172-MR-WCM

| | | |
|---|---|---|
| BEVERLY WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BIOMET, INC. | ) | |
| *doing business as* | ) | |
| *Zimmer Biomet*; | ) | |
| ZIMMER BIOMET | ) | |
| DISTRIBUTION LLC; | ) | |
| ZIMMER BIOMET | ) | |
| HOLDINGS, INC.; | ) | |
| BIOMET | ) | |
| ORTHOPEDICS, LLC; | ) | |
| BIOMET U.S. | ) | |
| RECONSTRUCTION, LLC; and | ) | |
| ENCORE MEDICAL, L.P.; | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 23) filed by Christopher Derrenbacher. The Motion indicates that Mr. Derrenbacher, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Kyle C. Allen, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 23) and **ADMITS** Kyle C. Allen to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 18, 2023

W. Carleton Metcalf
United States Magistrate Judge