IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00172-MR-WCM

| BEVERLY WILLIAMS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BIOMET, INC. *doing business as Zimmer Biomet*; ZIMMER BIOMET DISTRIBUTION LLC; ZIMMER BIOMET HOLDINGS, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and ENCORE MEDICAL, L.P.; | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' joint oral motion for the entry of a protective order, which was made during an initial pretrial conference on September 18, 2023.

The Motion is **GRANTED**, and the parties' proposed procedures (Doc. 22-1) for the handling of information and materials that are produced during discovery are **ENDORSED**, subject to the following limitation: to the extent Confidential Information is provided to the Court or appears on the Court's docket, the disposition of such information may be subject to a final order of

1

the Court upon the conclusion of the litigation.

It is so ordered.

Signed: September 18, 2023

W. Carleton Metcalf
United States Magistrate Judge